**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**                                               **PLAINTIFF**

**v.**                              **CASE NO. 4:09CR00223-01 BSM**

**HALDON GILKES**                                                      **DEFENDANT**

**AMENDED JUDGMENT& COMMITMENT**

The Judgment & Commitment entered on December 20, 2012 [Doc. No. 78], is hereby amended to correct the date offense ended as July 17, 2009 instead of July 19, 2009.

All other conditions contained in the original judgment & commitment remain in full force and effect.

The clerk is directed to provide a copy of this order to the United States Probation Office and the Untied States Marshals Service.

IT IS SO ORDERED this 21st day of December 2012.

_____
UNITED STATES DISTRICT JUDGE