# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**UNITED STATES OF AMERICA**                                           **PLAINTIFF**

**v.**                       **NO: 4:09CR00223-1 BSM**

**HALDON GILKES**                                                                  **DEFENDANT**

## ORDER

Defendant Haldon Gilkes's motion to vacate, set aside, or correct [Doc. No. 108] the sentence imposed on December 20, 2012, pursuant to 28 U.S.C. § 2255, is denied. No hearing is required because the motion and entire record conclusively show that Gilkes is not entitled to relief.

IT IS SO ORDERED this 6th day of November 2013.

                                                                 /s/ Brian S. Miller
                                                               UNITED STATES DISTRICT JUDGE