IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                      PLAINTIFF

v.                                  CASE NO. 4:09CR00223 BSM

HALDON GILKES                                                                 DEFENDANT

## ORDER

Haldon Gilkes's motion for a certificate of appealability from the order denying his motion to vacate, set aside, or correct his prison sentence under 28 U.S.C. Section 2255 is denied. A certificate of appealability may only issue if the petitioner makes a "substantial showing of the denial of a constitutional right." 28 U.S.C. §§ 2255(d); 2253(c)(2). Under the law of this circuit, this is a "modest standard." *See Randolph v. Kemna*, 276 F.3d 401, 403 n.1 (8th Cir. 2002).

Gilkes has not shown that his rights were violated because his argument that his lawyer was ineffective has already been considered and rejected by the Eighth Circuit Court of Appeals. Further, his argument that the mandatory minimum sentence did not apply because he qualified for the safety valve is not supported by the record.

IT IS SO ORDERED this 2nd day of December 2013.

_____
UNITED STATES DISTRICT JUDGE